**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00142-CV**
_____

**IN THE INTEREST OF J.D.R., I.M.R., AND Z.F.R.**

On Appeal from the 317th District Court
Jefferson County, Texas
Trial Cause No. C-205,967-D

**MEMORANDUM OPINION**

On February 21, 2023, the trial court signed a final order terminating the parental rights of J.D. to her minor children, J.D.R, I.M.R., and Z.F.R. On May 12, 2023, J.D. filed a notice of appeal. We notified the parties that the notice of appeal had been filed outside the time for which an extension of time may be granted for filing a notice of appeal, and we warned the appellant that we would dismiss the appeal for lack of jurisdiction unless grounds were shown for continuing the appeal. J.D. responded to our correspondence but failed to establish that she invoked the jurisdiction of this Court in a timely manner.

1

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1(b). No motion for extension of time was timely filed. *See id*. 26.3. The appellant has not established that the appeal may proceed as a restricted appeal. *See id*. 26.1(c), 30. Accordingly, we dismiss the appeal for lack of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 12, 2023
Opinion Delivered July 13, 2023

Before Golemon, C.J., Horton and Wright, JJ.